DAVID B. BARLOW, United States Attorney (#13117)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682  Fax: (801) 325-3310
carol.dain@usdoj.gov
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:11cr00619 TS |
| Plaintiff, | : | |
| vs. | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS |
| IRVINE FRANKLIN HYDE, | : | |
| Defendant. | : | |
| | : | |

_____

Pursuant to DUCrimR 32-1(b), the United States of America states that it disputes no sentencing factors in the Presentence Report submitted by the United States Probation Office.

DATED this 19th day of March, 2012.

                          DAVID B. BARLOW
                          United States Attorney

                            /s/ Carol A. Dain
                          CAROL A. DAIN
                          Assistant United States Attorney